UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 9, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> GEORGE KIMBALL, JR, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:15-mj-00231-CKD <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>George Kimball, Jr</u>; Case <u>2:15-mj-00231-CKD</u> from custody and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of _____

    <u>X</u> Unsecured Appearance Bond in the amount of $10,000.00; co-signed by defendant's father, George Ely Kimball, Sr

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond secured by Real Property

    __ Corporate Surety Bail Bond

    <u>X</u> (Other) <u>Pretrial Supervision/Conditions:</u>

Issued at <u>Sacramento, CA</u> on <u>12/9/2015</u> at 3:30 pm

By _____
Carolyn K. Delaney
United States Magistrate Judge